IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 20 |
| ) | |
| JOHNTEL CLARK, ) | |
| ) | |
| Defendant. ) | REDACTED |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### Count One

On or about September 6, 2007, in Newark, in the State and District of Delaware, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 101 Hygeia Drive, Newark, Delaware, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Two

On or about September 22, 2007, in Newark, in the State and District of Delaware, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and

possession of the Citizens Bank, 1 University Plaza, Newark, Delaware, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL:

_____
COLM F. CONNOLLY
United States Attorney

Dated: 2-5-08