IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-20 |
| | ) | |
| JOHNTEL CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorney, Colm F. Connolly, United States

Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of

an arrest warrant for the arrest and apprehension of JOHNTEL CLARK, pursuant to an Indictment

returned against him by the Federal Grand Jury on February 5, 2008.

Colm F. Connolly
United States Attorney

Dated: 2-5-08

**AND NOW**, this 5th day of February, 2008, upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of JOHNTEL

CLARK.

Honorable Leonard P. Stark
United States Magistrate Judge