IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-20-SLR |
| | ) | |
| JOHNTEL CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR SCHEDULING OR STATUS CONFERENCE**

NOW COMES the United States of America, by and through its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and hereby moves for a scheduling or status teleconference in the above-captioned case. The parties are currently engaged in plea negotiations and expect that the defendant will plead guilty to the charges in the indictment as well as charges relating to crimes committed in three other federal districts ("the non-Delaware charges"). The government is in the process of completing its production of discovery for the non-Delaware charges. The government is also currently engaged in discussions with the prosecutorial authorities in the other districts to obtain the consent of those authorities to dispose of all charges in this proceeding. The government respectfully requests a teleconference with the Court to set a date for a Rule 11 hearing and inform the Court as to the status of the parties' efforts to resolve this case.

The United States further requests that the Court exclude under the Speedy Trial Act any time from the date of the filing of this Motion, until the date of the scheduling or status teleconference.

The United States submits that the ends of justice served by the continuance would outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

Colm F. Connolly
United States Attorney

Dated:   April 4, 2008