IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-20-SLR |
| | ) | |
| JOHNTEL CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## FELONY INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

On or about September 6, 2007, in the State and District of Delaware, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 101 Hygeia Drive, Newark, Delaware, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Two

On or about September 22, 2007, in the State and District of Delaware, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and

FILED

MAY   7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

possession of the Citizens Bank, 1 University Plaza, Newark, Delaware, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Three

On or about August 17, 2007, in the State and Eastern District of Pennsylvania, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 8600 Germantown Avenue, Philadelphia, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Four

On or about August 21, 2007, in the State and Eastern District of Pennsylvania, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Beneficial Savings Bank, 12 Ridge Pike, Conshohocken, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

## Count Five

On or about September 12, 2007, in the State and District of Maryland, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a credit union employee, a sum of money belonging to and in the care, custody, control, management and possession of the Aberdeen Proving Ground Federal Credit Union (APGFCU), 1200-A Agora Drive, Bel Air, Maryland, the deposits of which were then insured by the National Credit Union Administration Board, all in violation of Title 18, United States Code, Sections 2113(a).

## Count Six

On or about September 14, 2007, in the State and Eastern District of Pennsylvania, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 710 Old York Road, Jenkintown, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

## Count Seven

On or about September 28, 2007, in the State and District of Maryland, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Branch Banking & Trust Company (BB&T), 5 Bel Air South Parkway, Suite 101, Bel Air, Maryland, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Eight

On or about October 5, 2007, in the State and Eastern District of Pennsylvania, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 657 Conchester Road, Boothwyn, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Nine

On or about October 5, 2007, in the State and Eastern District of Pennsylvania, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 4236 Edgmont Avenue, Brookhaven, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a).

### Count Ten

On or about October 19, 2007, in the State and District of New Jersey, Johntel Clark, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the Commerce Bank, 401 Route 73, Voorhees, New Jersey, the deposits of which were

Dated:   5. 6 . 0 8