AO 442  (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

JOHNTEL CLARK,

**WARRANT FOR ARREST**

Case Number: 08-20-UNA (SLR)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHNTEL CLARK__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with  (brief description of offense)

BANK ROBBERY

in violation of Title __18__ United States Code, Section(s) __2113(a)__

PETER T. DALLEO
Name of Issuing Officer

[signature]  Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

2/5/2008 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

| DATE RECEIVED 2/5/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/26/08 | William David Dusan | [signature] |