IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-020-SLR |
| ) | |
| JOHNTEL CLARK, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 21st day of May, 2008,

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, June 12, 2008** at **8:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

  _____
  United States District Judge